IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRIDE MOBILITY PRODUCTS CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PERMOBIL, INC.,<br><br>　　　　Defendant. | CIVIL ACTION<br><br>No. 2:13-cv-01999-LDD |

### DEFENDANT PERMOBIL, INC.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Permobil, Inc. ("Permobil") provides this supplemental corporate disclosure statement.  The nongovernmental corporate party, Permobil, Inc., in the above listed civil action has the following parent corporation and publicly held corporation that owns 10% or more of its stock:  Effective on or around May 31, 2013, Investor AB, a corporation that is publicly traded in Sweden on the Swedish stock exchange, acquired almost 100% of the stock of Permobil Holding AB which, in turn, owns 100% of the stock of Permobil, Inc.  Permobil Holding AB is not publicly traded, nor are any of the other companies in the ownership chain of Permobil AB.

Dated: July 2, 2013                                    Respectfully submitted,


                                                       By:  /s/ Anna Bonny Chauvet


                                                       WILMER CUTLER PICKERING HALE
                                                          AND DORR LLP
                                                       Amy Kreiger Wigmore (*pro hac vice*)
                                                       David L. Cavanaugh (*pro hac vice*)
                                                       Anna Bonny Chauvet (*pro hac vice*)
                                                       1875 Pennsylvania Avenue NW
                                                       Washington, DC 20006
                                                       Telephone:  202-663-6000
                                                       Facsimile:  202-663-6363
                                                       Email:  amy.wigmore@wilmerhale.com
                                                                david.cavanaugh@wilmerhale.com
                                                                anna.chauvet@wilmerhale.com


                                                       CONRAD O'BRIEN PC
                                                       Nancy J. Gellman
                                                       1500 Market Street
                                                       Centre Square West Tower, Suite 3900
                                                       Philadelphia, PA 19102-2100
                                                       Telephone: (215) 864-9600
                                                       Facsimile: (215) 864-9620
                                                       Email: ngellman@conradobrien.com

                                                       Attorneys for Defendant Permobil, Inc.

ActiveUS 112398281v.1

## CERTIFICATE OF SERVICE

      I certify that on the date set forth below the foregoing Defendant Permobil, Inc.'s Supplemental Corporate Disclosure Statement was electronically filed pursuant to the Court's CM/ECF system, and that the document is available for downloading and viewing from the CM/ECF system.  Notice of this filing will be sent to all registered counsel of record by operation of the CM/ECF system.

                                           /s/ Nancy J. Gellman  
                                           Nancy J. Gellman

Dated:  July 2, 2013

ActiveUS 112398281v.1