IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PRIDE MOBILITY PRODUCTS CORP.** *Plaintiff,* § § § | |
| v. § | No. 2:13-cv-01999-LDD |
| **PERMOBIL, INC.** *Defendant.* § § § | JURY DEMANDED |
| **PERMOBIL, INC** *Counterclaimant,* § § § | |
| v. § § | |
| **PRIDE MOBILITY PRODUCTS CORP.** *Counterdefendant.* § | |

### REPLY TO COUNTERCLAIMS

Counterdefendant Pride Mobility Products Corp. ("Pride") hereby replies to the counterclaims of Counterclaimant Permobil, in accordance with the numbered paragraphs thereof, as follows:

1. Admitted, upon information and belief.

2. Admitted that Pride is a corporation organized under the laws of Pennsylvania with its principal place of business at 182 Susquehanna Avenue, Exeter, Pennsylvania 18643.

3. Admitted.

4. Admitted.

5. Admitted.

### Count I – Non-Infringement of the '343 Patent

6. Pride repeats and reaffirms the allegations set forth in paragraphs 1-5 of this Reply as though fully set forth herein.

7. Denied.

8. Denied.

### Count II – Invalidity of the '343 Patent

9. Pride repeats and reaffirms the allegations set forth in paragraphs 1-8 of this Reply as though fully set forth herein.

10. Denied.

11. Denied.

### Count III – Non-Infringement of the '598 Patent

12. Pride repeats and reaffirms the allegations set forth in paragraphs 1-11 of this Reply as though fully set forth herein.

13. Denied.

14. Denied.

### Count IV – Invalidity of the '598 Patent

15. Pride repeats and reaffirms the allegations set forth in paragraphs 1-14 of this Reply as though fully set forth herein.

16. Denied.

17. Denied.

### PRAYER FOR RELIEF

WHEREFORE, Pride requests judgment in its favor on Permobil's counterclaims, together with appropriate costs and attorney fees.

| | |
|---|---|
| Date: July 2, 2013 | WOODCOCK WASHBURN LLP |
| | By: _/s/ Gary H. Levin_ |
| | Gary H. Levin (Pa. I.D. 23430) |
| | Daniel J. Goettle (Pa. I.D. 85046 |
| | Jake W. Soumis (Pa. I.D. 203557) |
| | Cira Centre, 12th Floor |
| | 2929 Arch Street |
| | Philadelphia, PA 19104-2891 |
| | Telephone: (215) 568-3100 |
| | Facsimile: (215) 568-3439 |
| | levin@woodcock.com |
| | dgoettle@woodcock.com |
| | jsoumis@woodcock.com |
| | |
| | *Attorneys for Pride Mobility Products Corp.* |

## **CERTIFICATE OF SERVICE**

I, Gary H. Levin, hereby certify that on this 2nd day of July, 2013, I caused a true and correct copy of the foregoing Reply to Counterclaims to be served via CM/ECF on the following:

Amy Kreiger Wigmore, Esquire
David L. Cavanaugh, Esquire
Anna Bonny Chauvet, Esquire
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue NW
Washington, DC 20006
amy.wigmore@wilmerhale.com
david.cavanaugh@wilmerhale.com
anna.chauvet@wilmerhale.com


Nancy J. Gellman, Esquire
**CONRAD O'BRIEN P. C.**
1500 Market Street
Centre Square West Tower, Suite 3900
Philadelphia, PA 19102-2100
ngellman@conradobrien.com


    /s/ Gary H. Levin
      Gary H. Levin