IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PRIDE MOBILITY PRODUCTS CORPORATION | : | CIVIL ACTION |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PERMOBIL, INC. | : | NO. 2:13-cv-01999-LDD |
|    Defendant. | : | |
| | : | |

ORDER

AND NOW, this 3rd day of July 2013, it is hereby ORDERED that the Rule 16 Conference previously noticed for Monday, July 8, 2013, at 2:30 p.m. is POSTPONED until further notice.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.