IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PRIDE MOBILITY PRODUCTS CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**PERMOBIL, INC.**<br><br>Defendant. | Civil Action No. 2:13-CV-01999-LDD |
| **PERMOBIL, INC.**<br><br>Counterclaimant,<br><br>v.<br><br>**PRIDE MOBILITY PRODUCTS CORPORATION,**<br><br>Counterdefendant. | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Jake W. Soumis of Woodcock Washburn LLP on behalf of Plaintiff, Pride Mobility Products Corporation, in connection with the above-captioned matter.

Dated:  July 23, 2013

                                                .   WOODCOCK WASHBURN LLP

   /s/ Jake W. Soumis
Gary H. Levin (Pa. I.D. 23430)
Daniel J. Goettle (Pa. I.D.85046)
Jake W. Soumis (Pa. I. D. 203557)
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA  19104
Telephone:  (215) 564-8981
Facsimile:  (215) 568-3439
levin@woodcock.com
dgoettle@woodcock.com
jsoumis@woodcock.com

*Attorneys for Pride Mobility Products Corporation*

**CERTIFICATE OF SERVICE**

I, Jake W. Soumis, hereby certify that on this 23rd day of July, 2013, I caused a true and correct copy of the foregoing Entry of Appearance to be served via CM/ECF on the following:

Amy Kreiger Wigmore, Esquire
David L. Cavanaugh, Esquire
Anna Bonny Chauvet, Esquire
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
amy.wigmore@wilmerhale.com
david.cavanaugh@wilmerhale.com
anna.chauvet@wilmerhale.com

Nancy J. Gellman, Esquire
CONRAD O'BRIEN P. C.
1500 Market Street
Centre Square West Tower, Suite 3900
Philadelphia, PA 191022100
ngellman@conradobrien.com

/s/ *Jake W. Soumis*
Jake W. Soumis

2