IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRIDE MOBILITY PRODUCTS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PERMOBIL, INC.,<br><br>Defendant. | CIVIL ACTION<br><br>No. 2:12-cv-03931-LDD |
| PRIDE MOBILITY PRODUCTS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PERMOBIL, INC.,<br><br>Defendant. | CIVIL ACTION<br><br>No. 2:13-cv-01999-LDD |

**PARTIES' JOINT STATUS REPORT REGARDING THE *INTER PARTES* REEXAMINATION OF U.S. PATENT NO. 8,181,992, AND THE PETITIONS FOR *INTER PARTES* REVIEW OF U.S. PATENT NOS. 8,408,343 AND 8,408,598**

Pursuant to this Court's November 29, 2012 and August 14, 2013 orders, respectively, Plaintiff Pride Mobility Products Corp. ("Pride") and Defendant Permobil, Inc. ("Permobil") submit this joint status report regarding the reexamination of Pride's U.S. Patent No. 8,181,992 (the "'992 Patent") by the United States Patent and Trademark Office ("PTO"), and Permobil's petitions for *inter partes* review ("IPR") of U.S. Patent Nos. 8,408,343 (the "'343 Patent") and 8,408,598 (the "'598 Patent"). (*See* Case No. 2:12-cv-03931, Dkt. No. 22; Case No. 2:13-cv-01999, Dkt. No. 23.)

Regarding Case No. 2:12-cv-03931, since the parties' last joint status report regarding the reexamination of the '992 Patent (Case No. 2:12-cv-03931, Dkt. No. 26), on September 3, 2013,

the Examiner issued a Notice of Right to Appeal instead of accepting Pride's amendment to claim 13 of the '992 Patent. On October 3, 2013, Pride filed its Notice of Appeal. Pride now has until December 3, 2013 to file its Appeal Brief. Permobil will have one month from the date of service of Pride's Appeal Brief to file its Respondent's Brief.

Regarding Case No. 2:13-cv-01999, on July 1, 2013, Permobil filed petitions seeking IPR of the '343 and '598 Patents. On July 10, 2013, the Patent Trial and Appeal Board ("PTAB") issued notices asking Permobil to provide specific claim constructions and submit corrected petitions containing such proposed constructions. On July 17, 2013, Permobil filed corrected petitions seeking IPR of the '343 and '598 Patents ("Corrected Petitions for IPR"). On October 10, 2013, Pride filed Preliminary Responses to Permobil's Corrected Petitions for IPR. The PTAB now has until January 11, 2014 to decide whether to grant Permobil's Corrected Petitions for IPR.

Date: November 12, 2013

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: /s/ Gary H. Levin | By: /s/ Anna Bonny Chauvet |
| WOODCOCK WASHBURN LLP | WILMER CUTLER PICKERING HALE |
| Gary H. Levin (Pa. I.D. 23430) | AND DORR LLP |
| Daniel J. Goettle (Pa. I.D. 85046) | Amy Kreiger Wigmore (*pro hac vice*) |
| Jake W. Soumis (Pa. I.D. 203557) | David L. Cavanaugh (*pro hac vice*) |
| Cira Centre, 12th Floor | Anna Bonny Chauvet (*pro hac vice*) |
| 2929 Arch Street | 1875 Pennsylvania Avenue NW |
| Philadelphia, PA 19104-2891 | Washington, DC 20006 |
| Telephone: 215-568-3100 | Telephone: 202-663-6000 |
| Facsimile: 215-568-3439 | Facsimile: 202-663-6363 |
| Email: levin@woodcock.com | Email: amy.wigmore@wilmerhale.com |
| jsoumis@woodcock.com | david.cavanaugh@wilmerhale.com |
| | anna.chauvet@wilmerhale.com |
| Attorneys for Plaintiff Pride Mobility Products Corp. | |

3

        CONRAD O'BRIEN PC
        Nancy J. Gellman
        1500 Market Street
        Centre Square West Tower, Suite 3900
        Philadelphia, PA 19102-2100
        Telephone: (215) 864-9600
        Facsimile: (215) 864-9620
        Email: ngellman@conradobrien.com

        Attorneys for Defendant Permobil, Inc.

## CERTIFICATE OF SERVICE

  I certify that on the date set forth below the foregoing Parties' Joint Status Report Regarding the *Inter Parties* Reexamination of U.S. Patent No. 8,181,992, and the Petitions for *Inter Partes* Review of U.S. Patent Nos. 8,408,343 and 8,408,598 was electronically filed pursuant to the Court's CM/ECF system, and that the document is available for downloading and viewing from the CM/ECF system.  Notice of this filing will be sent to all registered counsel of record by operation of the CM/ECF system.

                /s/ Nancy J. Gellman
                Nancy J. Gellman

Dated:  November 12, 2013