IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRIDE MOBILITY PRODUCTS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>PERMOBIL, INC.,<br><br>    Defendant. | CIVIL ACTION<br><br>No. 2:13-cv-01999-LDD |

### NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that Woodcock Washburn LLP has merged with and is now part of Baker & Hostetler LLP. The email addresses for attorneys Gary H. Levin, Daniel J. Goettle and Jake W. Soumis have changed to the following, and the mailing address and other contact information have remained the same:

| New email addresses | Mailing address |
|---|---|
| Gary H. Levin<br>glevin@bakerlaw.com<br><br>Daniel J. Goettle<br>dgoettle@bakerlaw.com<br><br>Jake W. Soumis<br>jsoumis@bakerlaw.com | Baker & Hostetler LLP<br>Cira Centre<br>2929 Arch Street, 12th Floor<br>Philadelphia, PA 19104-2891<br>Tel: (215) 568-3100 |

Date: January 7, 2014

By:    /s/ Gary H. Levin
    BAKER & HOSTETLER LLP
    Gary H. Levin (Pa. I.D. 23430)
    Jake W. Soumis (Pa. I.D. 203557)
    Cira Centre, 12th Floor
    2929 Arch Street
    Philadelphia, PA 19104-2891

**Certificate of Service**

I hereby certify that on the below entered date, the foregoing Pride Mobility's Notice of Change of Firm Name was filed via the Court's ECF filing system, through which notice of the filing is sent to registered counsel of record and a copy of the filing is made available.

Dated: January 7, 2014                                   /s/ Gary H. Levin
                                                                                                         Gary H. Levin