# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRIDE MOBILITY PRODUCTS CORPORATION,<br><br>    Plaintiff,<br><br>        v.<br><br>PERMOBIL, INC.,<br><br>Defendant. | CIVIL ACTION<br><br>No. 2:13-cv-01999-LDD |

**PARTIES' JOINT STATUS REPORT REGARDING THE PETITIONS FOR
*INTER PARTES* REVIEW OF U.S. PATENT NOS. 8,408,343 AND 8,408,598**

Pursuant to this Court's August 14, 2013 order, Plaintiff Pride Mobility Products Corp. ("Pride") and Defendant Permobil, Inc. ("Permobil") submit this joint status report regarding Permobil's petitions for *inter partes* review ("IPR") of U.S. Patent Nos. 8,408,343 (the "'343 patent") and 8,408,598 (the "'598 patent"). (*See* Dkt. No. 23.)

Since the parties last filed a joint status report, on January 2, 2014, the Patent Trial and Appeal Board ("PTAB") granted Permobil's petitions and instituted IPR proceedings as to claims 1-10 of the '343 patent and claims 1-13 of the '598 patent because "there is a reasonable likelihood that [Permobil] would prevail in establishing the unpatentability" of these claims on grounds of obviousness. Copies of the Decisions on Institution are attached as Exhibit A. The PTAB also issued a Scheduling Order setting a schedule for the proceedings, which is attached as Exhibit B. In addition, the PTAB scheduled an initial conference call with the parties for 2:00 p.m. EST on January 21, 2014 to discuss any proposed changes to the PTAB's Scheduling Order and any motion the parties anticipate filing during the IPR proceedings. As provided by 35 U.S.C. § 316(a)(11), the IPR proceedings are expected to conclude one year from the Decisions on Institution, which for these IPR proceedings will be January 2, 2015.

Date: January 8, 2014

Respectfully submitted,

By: */s/ Daniel J. Goettle*
BAKER & HOSTETLER LLP
Gary H. Levin (Pa. I.D. 23430)
Daniel J. Goettle (Pa. I.D. 85046)
Jake W. Soumis (Pa. I.D. 203557)
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
Telephone: 215-568-3100
Facsimile: 215-568-3439
Email:  glevin@bakerlaw.com
  dgoettle@bakerlaw.com
  jsoumis@bakerlaw.com

Attorneys for Plaintiff Pride Mobility
  Products Corp.

Respectfully submitted,

By: */s/ Anna Bonny Chauvet*
WILMER CUTLER PICKERING HALE
  AND DORR LLP
Amy Kreiger Wigmore (*pro hac vice*)
David L. Cavanaugh (*pro hac vice*)
Anna Bonny Chauvet (*pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  202-663-6000
Facsimile:  202-663-6363
Email:  amy.wigmore@wilmerhale.com
  david.cavanaugh@wilmerhale.com
  anna.chauvet@wilmerhale.com

CONRAD O'BRIEN PC
Nancy J. Gellman
1500 Market Street
Centre Square West Tower, Suite 3900
Philadelphia, PA 19102-2100
Telephone: (215) 864-9600
Facsimile: (215) 864-9620
Email: ngellman@conradobrien.com

Attorneys for Defendant Permobil, Inc.

## CERTIFICATE OF SERVICE

I certify that on the date set forth below the foregoing Parties' Joint Status Report Regarding the Petitions for *Inter Partes* Review of U.S. Patent Nos. 8,408,343 and 8,408,598 was electronically filed pursuant to the Court's CM/ECF system, and that the document is available for downloading and viewing from the CM/ECF system. Notice of this filing will be sent to all registered counsel of record by operation of the CM/ECF system.

/s/ Nancy J. Gellman
Nancy J. Gellman

Dated: January 8, 2014